IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JODIE LOREDO,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY GEITHNER, SECRETARY OF TREASURY,<br><br>    Defendant. | AMENDED REPORT AND RECOMMENDATION<br><br>Case No. 1:12-cv-00116-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

On December 4, 2012, this Court issued a report and recommendation. (Docket No. 16.) The Court recommended that Plaintiff's motion to amend her complaint be granted. (Docket No. 8.) The Court also recommended that Plaintiff be ordered to amend her complaint by December 19, 2012. (Docket No. 16 at 3.)

The Court now **AMENDS** this portion of its report and recommendation. This Court **RECOMMENDS** that Plaintiff be **ORDERED** to amend her complaint no later than **thirty (30) days** from the date District Judge Dee Benson rules on this Court's previous report and recommendation. (Docket No. 16.)

DATED this 3rd day of January, 2013.

_____
Dustin B. Pead
United States Magistrate Judge