FILED
U.S. DISTRICT COURT
2013 JAN 30 ᗐ 2: 03
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JODIE LOREDO,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY GEITHNER, SECRETARY OF TREASURY,<br><br>Defendants. | ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:12cv116<br>Judge Dee Benson |

Before the court is the Amended Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on January 3, 2013, recommending that plaintiff's motion for service of process be found MOOT, plaintiff's motion to amend her complaint be GRANTED, and plaintiff be ORDERED to amend her complaint no later than thirty (30) days from this ORDER.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate

Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation.

Plaintiffs' motion for service of process is deemed MOOT.

Plaintiff's motion to amend her complaint be GRANTED.

Plaintiff is ORDERED to amend her complaint no later than thirty (30) days from the date of this ORDER.

    IT IS SO ORDERED.

    DATED this 30th day of January, 2013.

                                          Dee Benson
                                          United States District Judge